IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No: 1:23-cv-00077

| | |
|---|---|
| AMY BRYANT, MD,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOSHUA STEIN, in his official capacity as Attorney General for the State of North Carolina; JEFF NIEMAN, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District, KODY H. KINSLEY, in his official capacity as the North Carolina Secretary of Health and Human Services, MICHAUX R. KILPATRICK, MD, PhD, in her official capacity as President of the North Carolina Medical Board; and CHRISTINE M. KHANDELWAL, DO; DEVDUTTA G. SANGVAI, MD, MBA; JOHN W. RUSHER, MD, JD; WILLIAM M. BRAWLEY; W. HOWARD WALL, MD; SHARONA Y. JOHNSON, PhD, FNP-BC; JOSHUA D. MALCOLM, JD;MIGUEL A. PINEIRO, PA-C, MHPE; MELINGA H. PRIVETTE, MD, JD; ANURADHA RAO-PATEL. MD; and ROBERT RICH, JR., MD, in their official capacities as Board Members of the North Carolina Medical Board,<br><br>　　　　Defendants. | NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT JEFF NIEMAN |

I am admitted to practice in this Court and appear in this case as counsel for Defendant Jeff Nieman, District Attorney for the 18th Prosecutorial District of North Carolina, in his official capacity.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nieman, the duly elected District Attorney for Orange County, North Carolina, is a state judicial official within the judicial branch of the State of North Carolina's government, and is not subject to the requirement to file a corporate affiliate/financial interest disclosure statement.

Respectfully submitted, this the 16th day of February, 2023.

JOSHUA H. STEIN
ATTORNEY GENERAL


/s/ Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6879
Facsimile: (919) 716-6755
kshields@ncdoj.gov
State Bar No. 43200

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record that are registered with the CM/ECF system, including those listed below:

> Chelsea Corey
> ccorey@kslaw.com
> King & Spalding LLP
> 300 S. Tryon Street, Ste. 1700
> Charlotte, NC 28202
>
> *and*
>
> Jessica Greenbaum
> jgreenbaum@klaw.com
> Paul Alessio Mezzina
> pmezzina@kslaw.com
> Eva Temkin
> etemkin@kslaw.com
> King & Spalding LLP
> 1700 Pennsylvania Ave., NW
> Washington, D.C. 20006
> *Counsel for Plaintiff*

Respectfully submitted this the 16th day of February, 2023.

/s/ Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. Department of Justice
