UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY BRYANT, MD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JOSHUA H. STEIN, in his official capacity as Attorney General for the State of North Carolina, *et al.*, | ) ) ) ) Case No.: 1:23-cv-00077-WO-LPA ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S RESPONSE TO MOTION
TO INTERVENE AS DEFENDANTS**

Dr. Bryant does not oppose the motion to intervene filed by Philip E. Berger and Timothy K. Moore (Doc. 29), and will not respond at this time to their misplaced arguments regarding the merits. Dr. Bryant respectfully requests that the Court set intervenors' time to file their answer or motion to dismiss no later than March 24, 2023, in order to align the response times of all defendants who have yet to respond to the complaint.

Respectfully submitted,

*/s/ Chelsea Corey*
Chelsea Corey (NC Bar No. 48838)
KING & SPALDING LLP
300 S Tryon Street, Suite 1700
Charlotte, NC 28202
Ph: (704) 503-2600
Fax: (704) 503-2622
ccorey@kslaw.com

Eva A. Temkin
(Special Appearance - DC Bar No. 985494)
Paul Alessio Mezzina
(Special Appearance - DC Bar No. 999325)
Jessica Greenbaum*
(Special Appearance - NY Bar No. 5112214)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
Ph: (202) 737-0500
Fax: (202) 626-3737
etemkin@kslaw.com
pmezzina@kslaw.com
jgreenbaum@kslaw.com

*Counsel for Plaintiff*

\**Admitted only in the state of New York; practice directly supervised by principals of the firm*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, the foregoing pleading was filed via the Court's CM/ECF System, and a copy of the foregoing document was served upon all registered counsel of record.

*/s/ Chelsea Corey*
Chelsea Corey (NC Bar No. 48838)

*Counsel for Plaintiff*
