UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-00077

| | |
|---|---|
| AMY BRYANT, M.D., </br></br>Plaintiff, </br></br>v. </br></br>JOSHUA H. STEIN in his official capacity as Attorney General for the State of North Carolina, et al., </br></br>Defendants. | **THE ATTORNEY GENERAL'S RESPONSE TO MOTION TO INTERVENE BY PHILLIP E. BERGER AND TIMOTHY K. MOORE** |

On January 25, 2023, Plaintiff filed this lawsuit. On February 13, 2023, the Attorney General's General Counsel sent the legislative leaders a letter that stated, as relevant here:

> [A]fter review and analysis, we have concluded that Plaintiff's preemption arguments are legally correct. Consistent with its statutory authority, the FDA has determined that restrictions like the ones imposed under North Carolina state law would unduly burden patients' access to a safe and effective drug. The Supremacy Clause of the U.S. Constitution does not permit States to pass laws that undermine that determination.

(DE 30-1) The letter made clear that the Attorney General would cooperate with intervention should the legislative leaders elect to intervene. (*Id.*)

On February 21, 2023, the legislative leaders moved to intervene. (DE 29) Under the circumstances, the Attorney General respectfully informs the Court that he does not oppose intervention in this matter.

Respectfully submitted, this 27th day of February, 2023.

JOSHUA H. STEIN
Attorney General

Sarah G. Boyce
Deputy Attorney General and
   General Counsel
N.C. State Bar 56896
sboyce@ncdoj.gov

/s/ Amar Majmundar
Amar Majmundar
Senior Deputy Attorney General
N.C. State Bar No. 24668
amajmundar@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
N.C. State Bar No. 35955
sbrennan@ncdoj.gov

N.C. Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758