IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AMY BRYANT, M.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA H. STEIN, in his official capacity as Attorney General for the State of North Carolina, JEFF NIEMAN, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District, KODY H. KINSLEY, in his official capacity as the North Carolina Secretary of Health and Human Services, MICHAUX R. KILPATRICK, MD, PHD, in her official capacity as President of the North Carolina Medical Board; and CHRISTINE M. KHANDELWAL, DO, DEVDUTTA G. SANGVAI, MD, MBA, JOHN W. RUSHER, MD, JD, WILLIAM M. BRAWLEY, W. HOWARD HALL, MD, SHARONA Y. JOHNSON, PHD, FNP-BC, JOSHUA D. MALCOLM, JD, MIGUEL A. PINEIRO, PA-C, MHPE, MELINDA H. PRIVETTE, MD, JD, ANURADHA RAO-PATEL, MD and ROBERT RICH, JR., MD, in their official capacities as members of the North Carolina Medical Board, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-cv-77 |
| Defendants, | ) | |
| ****************************** | | |
| TIMOTHY K. MOORE and PHILIP E. BERGER, | ) ) ) | |
| Movants. | ) | |

## ORDER

Philip E. Berger, President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, Speaker of the North Carolina House of Representatives, move to intervene on behalf of the General Assembly and as agents of the State of North Carolina to defend N.C. Gen. Stat. §§ 14-44, 14-45, 14- 45.1, 90-21.82, 90-21.90, and 10A N.C. Admin. Code Subchapter 14E pursuant to Fed. R. Civ. P. 24 and LR 7.3. (Doc. 29.) Plaintiff has filed a response to the motion and states that she does not oppose the motion. (Doc. 44.) Plaintiff requests that intervenors be required to file an answer or motion to dismiss on or before March 24, 2023. (Id.) Defendant Joshua Stein, in his official capacity as Attorney General for the State of North Carolina, has filed a response in which he advises that "he does not oppose intervention in this matter." (Doc. 45.)

In light of Plaintiff and Defendant Stein's position that the motion is unopposed, and Plaintiff's request that any response be filed by March 24, this court finds good cause to shorten the time for the remaining defendants to respond to the motion to intervene, (Doc. 29), if at all. See LR 7.3(f).

**IT IS THEREFORE ORDERED** that any additional responses from the remaining defendants to the motion to intervene, (Doc. 29), shall be filed on or before Wednesday, March 8, 2023. If no

response is filed on or before March 8, 2023, the motion will be decided as an uncontested motion.

**IT IS FURTHER ORDERED** that the movant Intervenors shall file an objection, if any, to the response date of March 24, 2023 as proposed by Plaintiff on or before Wednesday, March 8, 2023.

This the 1st day of March, 2023.

/s/ William L. Osteen, Jr.
United States District Judge

- 3 -

Case 1:23-cv-00077-WO-LPA   Document 46   Filed 03/01/23   Page 3 of 3