UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-00077-WO-LPA

| | |
|---|---|
| AMY BRYANT, M.D., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSHUA H. STEIN in his official capacity as ) <br> Attorney General for the State of North ) <br> Carolina, *et al*., ) <br> ) <br> Defendants. ) <br> _____ ) | **RESPONSE OF KODY H. KINSLEY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, TO MOTION TO INTERVENE AS DEFENDANTS** |

Defendant Kody H. Kinsley, in his official capacity as Secretary of the North Carolina Department of Health and Human Services ("DHHS"), by and through undersigned counsel, hereby responds to the *Motion to Intervene as Defendants* filed by Phillip E. Berger and Timothy K. Moore (DE 29). DHHS does not oppose the motion to intervene.

Dated this the 1st day of March, 2023.

                                                                               Respectfully submitted,

                                                                              /s/ Michael T. Wood
                                                                              _____
                                                                              Michael T. Wood
                                                                              Special Deputy Attorney General
                                                                              N.C. Bar No. 32427
                                                                              N.C. Dept. of Justice
                                                                              P.O. Box 629
                                                                              Raleigh, NC 27602
                                                                              Phone: 919-716-0186
                                                                              Fax: 919-716-6758
                                                                              Email: MWood@ncdoj.gov

*Attorney for Kody H. Kinsley, in his official capacity as Secretary of the North Carolina Department of Health and Human Services*