UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-cv-00077

| | |
|---|---|
| AMY BRYANT, MD, | ) |
| Plaintiff, | ) |
| v. | ) **DEFENDANT MEDICAL** |
| | ) **BOARD'S RESPONSE TO** |
| JOSHUA H. STEIN, in his official | ) **MOTION TO INTERVENE AS** |
| capacity as Attorney General for the State | ) **DEFENDANTS** |
| of North Carolina, et al., | ) |
| Defendants. | ) |

Defendant, Michaux R. Kilpatrick, in her official capacity as President of the North Carolina Medical Board, and Defendants Christine M. Khandelwal, Devdutta G. Sangvai, John W. Rusher, William M. Brawley, W. Howard Hall, Sharona Y. Johnson, Joshua D. Malcolm, Miguel A. Pineiro, Melinda H. Privette, Anuradha Roa-Patel, Robert Rich, Jr., in their official capacity as board members of the North Carolina Medical Board (collectively, "the Medical Board"), by and through undersigned counsel, hereby respond to the Motion to Intervene as Defendants filed by Phillip E. Berger and Timothy K. Moore [D.E. 29]. The Medical Board does not oppose the motion to intervene.

Respectfully submitted, this 7th day of March 2023.

                                                        JOSHUA H. STEIN
                                                        Attorney General

                                                        */s/* Michael Bulleri
                                                        Michael Bulleri
                                                        Special Deputy Attorney General

N.C. State Bar No. 35196
E-mail: mbulleri@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6761
*Counsel for Defendant Medical Board*