IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No: 1:23-cv-00077

| | |
|---|---|
| AMY BRYANT, MD,<br><br>                Plaintiff,<br><br>v.<br><br>JOSHUA STEIN, in his official capacity as Attorney General for the State of North Carolina, et al.,<br><br>                Defendants. | RESPONSE OF DEFENDANT JEFF NIEMAN, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR NORTH CAROLINA'S 18TH PROSECUTORIAL DISTRICT, TO MOTION TO INTERVENE AS DEFENDANTS |

      Defendant Jeff Nieman, in his official capacity as District Attorney for North Carolina's 18th Prosecutorial District, by and through his undersigned counsel, hereby responds to the Motion to Intervene as Defendants filed by Philip E. Berger and Timothy K. Moore [DE 29]. Defendant Nieman does not oppose the motion to intervene.

      Respectfully submitted, this the 8th day of March, 2023.

                                    JOSHUA H. STEIN
                                    ATTORNEY GENERAL

                                    /s/ Kathryn H. Shields
                                    Kathryn H. Shields
                                    Special Deputy Attorney General
                                    N.C. Department of Justice
                                    P.O. Box 629
                                    Raleigh, NC 27602
                                    Telephone: (919) 716-6879
                                    Facsimile: (919) 716-6755
                                    kshields@ncdoj.gov
                                    State Bar No. 43200

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for the parties who are registered with the CM/ECF system.

Respectfully submitted this the 8th day of March, 2023.

/s/ Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. Department of Justice