UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-cv-00077

| | |
|---|---|
| AMY BRYANT, MD, | )<br>) |
| Plaintiff, | )<br>) **DEFENDANT MEDICAL** |
| v. | ) **BOARD'S STATEMENT**<br>) **IN RESPONSE TO** |
| JOSHUA H. STEIN, in his official capacity as Attorney General for the State of North Carolina, et al., | ) **DEFENDANT-INTERVENORS'**<br>) **MOTION TO DISMISS**<br>)<br>) |
| Defendants. | )<br>) |

This Statement is submitted on behalf of Defendant, Michaux R. Kilpatrick, in her official capacity as President of the North Carolina Medical Board, and Defendants Christine M. Khandelwal, Devdutta G. Sangvai, John W. Rusher, William M. Brawley, W. Howard Hall, Sharona Y. Johnson, Joshua D. Malcolm, Miguel A. Pineiro, Melinda H. Privette, Anuradha Roa-Patel, Robert Rich, Jr., in their official capacity as board members of the North Carolina Medical Board (collectively, "the Medical Board"), by and through undersigned counsel. On March 24, 2023, Defendant-Intervenors Philip E. Berger, President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, Speaker of the North Carolina House of Representatives, filed a Motion to Dismiss. (D.E. 53) The Medical Board hereby notifies the Court and counsel that it takes no position on Defendant-Intervenors' Motion to Dismiss.

Respectfully submitted, this 14th day of April 2023.

JOSHUA H. STEIN
Attorney General

*/s/* Michael Bulleri
Michael Bulleri
Special Deputy Attorney General
N.C. State Bar No. 35196
E-mail: mbulleri@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6761
*Counsel for Defendant Medical Board*