IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No: 1:23-cv-00077

| | |
|---|---|
| **AMY BRYANT, MD,**<br><br>    Plaintiff,<br><br>v.<br><br>**JOSHUA H. STEIN,** in his official capacity as Attorney General for the State of North Carolina; **JEFF NIEMAN,** in his official capacity as District Attorney for North Carolina 18th Prosecutorial District; **KODY H. KINSLEY,** in his official capacity as the North Carolina Secretary of Health and Human Services; **MICHAUX R. KILPATRICK, MD, PhD,** in her official capacity as President of the North Carolina Medical Board; and **CHRISTINE M. KHANDELWAL, DO; DEVDUTTA G. SANGVAI, MD, MBA; JOHN W. RUSHER, MD, JD; WILLIAM M. BRAWLEY; W. HOWARD HALL, MD; SHARONA Y. JOHNSON, PhD, FNP-BC; JOSHUA D. MALCOLM, JD; MIGUEL A. PINEIRO, PA-C, MHPE; MELINDA H. PRIVETTE, MD, JD; ANURADHA RAO-PATEL, MD;** and **ROBERT RICH, JR., MD,** in their official capacities as Board Members of the North Carolina Medical Board,<br><br>    Defendants. | **NOTICE OF NO POSITION ON DEFENDANT-INTERVENORS' MOTION TO DISMISS [DE 53] ON BEHALF OF DEFENDANT NIEMAN** |

NOW COMES Defendant Jeff Nieman, in his official capacity as District Attorney for North Carolina's 18th Prosecutorial District, by and through his undersigned counsel,

- 2 -

to inform the Court and counsel that he takes no position on Defendant-Intervenors' motion to dismiss [DE 53].

Respectfully submitted, this the 28th day of April, 2023.

JOSHUA H. STEIN
ATTORNEY GENERAL


/s/ Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6879
Facsimile: (919) 716-6755
kshields@ncdoj.gov
State Bar No. 43200