IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No: 1:23-cv-00077

| | |
|---|---|
| AMY BRYANT, MD,<br><br>        Plaintiffs,<br><br>v.<br><br>JOSHUA STEIN, in his official capacity as Attorney General for the State of North Carolina; JEFF NIEMAN, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District, KODY H. KINSLEY, in his official capacity as the North Carolina Secretary of Health and Human Services, MICHAUX R. KILPATRICK, MD, PhD, in her official capacity as President of the North Carolina Medical Board; and CHRISTINE M. KHANDELWAL, DO; DEVDUTTA G. SANGVAI, MD, MBA; JOHN W. RUSHER, MD, JD; WILLIAM M. BRAWLEY; W. HOWARD WALL, MD; SHARONA Y. JOHNSON, PhD, FNP-BC; JOSHUA D. MALCOLM, JD; MIGUEL A. PINEIRO, PA-C, MHPE; MELINGA H. PRIVETTE, MD, JD; ANURADHA RAO-PATEL. MD; and ROBERT RICH, JR., MD, in their official capacities as Board Members of the North Carolina Medical Board,<br><br>        Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT JEFF NIEMAN** |

        NOW COMES Defendant Jeff Nieman, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District, through counsel, Special Deputy

Attorney General Elizabeth Curran O'Brien, and provides notice pursuant to Rule 83.1(e)(2) of the Local Rules of Civil Practice for the Middle District of North Carolina that there has been a substitution of counsel in this case. Elizabeth Curran O'Brien, Special Deputy Attorney General, is hereby being substituted as counsel for Defendant Nieman in place of Kathryn H. Shields, Special Deputy Attorney General, who has accepted employment outside the North Carolina Department of Justice.

The undersigned counsel will represent Defendant Nieman in this matter and verifies that she is aware of, and will comply with, all pending deadlines in the case.

Respectfully submitted, this the 25th day of May, 2023.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
Email: eobrien@ncdoj.gov
North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record that are registered with the CM/ECF system.

Respectfully submitted this the 25th day of May, 2023.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice