UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| AMY BRYANT, MD,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSHUA H. STEIN, in his  )<br>official capacity as  )<br>Attorney General for the  )<br>State of North Carolina,  )<br>*et al.*,  )<br>  )<br>  Defendants,  )<br>  )<br>and  )<br>  )<br>TIMOTHY K. MOORE and  )<br>PHILIP E. BERGER,  )<br>  )<br>  Intervenors.  )<br>  ) | Case No.:<br>1:23-cv-00077-WO-LPA |

**[PROPOSED] ORDER**

Plaintiff Amy Bryant, M.D., moved the Court for an order for leave to file and serve an amended complaint. For good cause shown, this motion is GRANTED and Plaintiff shall have up to and including _____ to file the proposed Amended Complaint. The Court deems Intervenors' pending motion to dismiss as applying to the Amended Complaint. Intervenors may file a Supplemental Motion to Dismiss, limited to

addressing any new matter raised by the Amended Complaint, within seven days of this order, and Plaintiff may file a response to any such Supplemental Motion to Dismiss within seven days after it is filed.

    SO ORDERED, this _____ day of June 2023.

                              _____
                              United States District Judge /
                              United States Magistrate Judge /
                              Clerk of Court