```
                    UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF NORTH CAROLINA
                           DURHAM DIVISION

AMY BRYANT, MD,                    )
                                   )
                  Plaintiff,       )
                                   )
v.                                 )
                                   ) **Case No. 1:23-cv-77**
JOSHUA H. STEIN, *et al.*,         )
                                   ) **NOTICE OF WITHDRAWAL OF**
                  Defendants,      ) **MARK A. LIPPELMANN ON**
                                   ) **BEHALF OF INTERVENOR-**
and                                ) **DEFENDANTS**
                                   )
PHILIP E. BERGER, *et al.*,        )
                                   )
                  Intervenor-      )
                  Defendants.      )
```

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that Attorney Mark A. Lippelmann is withdrawing from this case as counsel for Intervenor-Defendants Timothy K. Moore, Speaker of the North Carolina House of Representatives, and Philip E. Berger, President Pro Tempore of the North Carolina Senate.

Intervenor-Defendants Timothy K. Moore, Speaker of the North Carolina House of Representatives, and Philip E. Berger, President Pro Tempore of the North Carolina Senate remain represented by Attorney W. Ellis Boyle of Ward and Smith, P.A., and Attorneys Erin M. Hawley, Denise M. Harle, and Erica Steinmiller-Perdomo of Alliance Defending Freedom in this matter.

1

RESPECTFULLY SUBMITTED THIS 5th day of June, 2023.

*s/ Mark A. Lippelmann*
Mark A. Lippelmann***
AZ Bar No. 36553
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Tel.: (480) 444-0020
Fax: (480) 444-0028
mlippelmann@adflegal.org

W. Ellis Boyle
N.C. State Bar I.D. No. 33826
email:
docket@wardandsmith.com *
email:
weboyle@wardandsmith.com **
WARD AND SMITH, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Tel.: (910) 794-4800
Fax: (910) 794-4877

Denise M. Harle***
GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (480) 444-0028
dharle@adflegal.org

Erica Steinmiller-Perdomo***
DC Bar No. 90009737
Erin Hawley***
DC Bar No. 500782
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001

2

```
                              Tel.: (202) 393-8690
                              Fax: (202) 347-3622
                              esteinmiller@adflegal.org
                              ehawley@adflegal.org
```

*Attorneys for Intervenor-
Defendants Moore and Berger*

\* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.

\*\* Email address to be used for all communications other than service.

\*\*\*Special appearance granted.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2023, a copy of the foregoing document was served via the Court's CM/ECF system which served notice of this filing to all counsel of record.

*s/ Mark A. Lippelmann*
Mark A. Lippelmann
