UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY BRYANT, MD,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>JOSHUA H. STEIN *et al.*,<br><br>　　　　*Defendants*,<br><br>　　and<br><br>PHILIP E. BERGER, *et al.*,<br><br>　　　　*Intervenor-<br>　　　　Defendants.* | No. 1:23-cv-77 |

### DEFENDANT ATTORNEY GENERAL JOSHUA H. STEIN'S
### NOTICE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

On January 25, 2023, Plaintiff filed this lawsuit. (DE 1) On June 2, 2023, Plaintiff filed a Motion for Leave to File Amended Complaint and to Expedite Supplemental Briefing on Intervenors' Motion to Dismiss. (DE 73) The Attorney General respectfully informs the Court that he does not oppose said motion and does not intend to file a response.

Respectfully submitted, this 5th day of June, 2023.

　　　　　　　　　　　　　　　　　　JOSHUA H. STEIN
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　Sarah G. Boyce
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　and General Counsel
　　　　　　　　　　　　　　　　　　N.C. State Bar 56896
　　　　　　　　　　　　　　　　　　sboyce@ncdoj.gov

Sripriya Narasimhan
Deputy General Counsel
N.C. State Bar 57032
snarasimhan@ncdoj.gov


/s/ Amar Majmundar
Amar Majmundar
Senior Deputy Attorney General
N.C. State Bar No. 24668
amajmundar@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
N.C. State Bar No. 35955
sbrennan@ncdoj.gov


N.C. Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

2