IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| AMY BRYANT, M.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA H. STEIN, in his official capacity as Attorney General for the State of North Carolina, JEFF NIEMAN, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District, KODY H. KINSLEY, in his official capacity as the North Carolina Secretary of Health and Human Services, MICHAUX R. KILPATRICK, MD, PHD, in her official capacity as President of the North Carolina Medical Board; and CHRISTINE M. KHANDELWAL, DO, DEVDUTTA G. SANGVAI, MD, MBA, JOHN W. RUSHER, MD, JD, WILLIAM M. BRAWLEY, W. HOWARD HALL, MD, SHARONA Y. JOHNSON, PHD, FNP-BC, JOSHUA D. MALCOLM, JD, MIGUEL A. PINEIRO, PA-C, MHPE, MELINDA H. PRIVETTE, MD, JD, ANURADHA RAO-PATEL, MD and ROBERT RICH, JR., MD, in their official capacities as members of the North Carolina Medical Board, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-cv-77 |
| | ) | |
| Defendants, | ) | |
| ************************** | | |

```
          and                 )
                              )
PHILIP E. BERGER, in his      )
official capacity as          )
President Pro Tempore of the  )
North Carolina Senate, and    )
TIMOTHY K. MOORE, in his      )
official capacity as Speaker  )
of the North Carolina House   )
of Representatives,           )
                              )
     Defendant-Intervenors.   )
```

## ORDER

This matter comes before the court on the Motion of Mark A. Lippelmann to Withdraw as Counsel for Intervenor-Defendants. (Doc. 77.) Attorney Lippelmann has departed from Alliance Defending Freedom; therefore, Timothy K. Moore and Philip E. Berger move the court for leave to allow Attorney Mark A. Lippelman to withdraw as counsel for Intervenor-Defendants. Having considered the motion, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Motion of Mark A. Lippelmann to Withdraw as Counsel for Intervenor-Defendants, (Doc. 77), is **GRANTED** and Attorney Lippelmann is hereby withdrawn from representing Intervenor-Defendants Timothy K. Moore and Philip E. Berger. Remaining counsel of record for Intervenor-Defendants shall continue to serve as counsel in this matter.

- 2 -

Case 1:23-cv-00077-WO-LPA   Document 78   Filed 06/13/23   Page 2 of 3

This the 13th day of June, 2023.

_____
United States District Judge