UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-00077

| | |
|---|---|
| AMY BRYANT, M.D., | ) |
| Plaintiff, | ) |
| v. | ) |
| JOSHUA H. STEIN in his official capacity as Attorney General for the State of North Carolina, *et. al.*, | ) **DEFENDANT SEC. KINSLEY'S NOTICE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| Defendants, | ) |
| and | ) |
| PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, | ) |
| Defendant-Intervenors. | ) |

On June 2, 2023, Plaintiff filed a Motion for Leave to File Amended Complaint and to Expedite Supplemental Briefing on Intervenors' Motion to Dismiss. (DE 73) Defendant Kody H. Kinsley, in his official capacity as Secretary of the North Carolina Department of Health and Human Services ("NCDHHS"),

respectfully informs the Court that he does not oppose this motion and does not intend to file a response.

Respectfully submitted, this 16th day of June, 2023.

/s/ Michael T. Wood
Michael T. Wood
Special Deputy Attorney General
N.C. Bar No. 32427

N.C. Dept. of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-0186
Fax: 919-716-6758
Email: MWood@ncdoj.gov

2

Case 1:23-cv-00077-WO-LPA   Document 79   Filed 06/16/23   Page 2 of 2