UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| AMY BRYANT, MD,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA H. STEIN, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-77<br><br>**DEFENDANTS BERGER AND MOORE RULE 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT** |

Defendants Philip E. Berger, President *Pro Tempore* of the North Carolina Senate, and Timothy K. Moore, Speaker of the North Carolina House of Representatives, move to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and ask this Court to dismiss all claims against all parties. The grounds in support of this Motion are set forth in the contemporaneously filed accompanying Memorandum.

Respectfully submitted this 14th day of August, 2023,

        s/ W. Ellis Boyle
        W. Ellis Boyle
        N.C. State Bar I.D. No. 33826
        email:docket@wardandsmith.com\*
        email:weboyle@wardandsmith.com\*\*
        WARD AND SMITH, P.A.
        Post Office Box 7068
        Wilmington, NC 28406-7068
        Tel.: (910) 794-4800
        Fax: (910) 794-4877

Denise M. Harle***
GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (480) 444-0028
dharle@adflegal.org

Erica Steinmiller-Perdomo***
DC Bar No. 90009737
Erin Hawley***
DC Bar No. 500782
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622
esteinmiller@adflegal.org
ehawley@adflegal.org

*Attorneys for Defendants Berger and Moore*

\* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.

\*\* Email address to be used for all communications other than service.

\*\*\* Special appearance granted.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              s/ W. Ellis Boyle
                              W. Ellis Boyle
                              *Attorney for Defendants Berger and Moore*