AMY BRYANT, MD,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )   **Case No. 1:23-cv-77**
                                         )
JOSHUA H. STEIN, in his                  )   **[PROPOSED] ORDER**
official capacity as Attorney            )
General for the State of North           )
Carolina, *et al.*,                      )
                                         )
                    Defendants.          )
                                         )
_____          )

    This matter having come before the Court on Defendants'

Motion to Dismiss, and for good cause shown,

    IT IS ORDERED THAT: The Motion is hereby GRANTED and all

claims are dismissed against all parties.


_____          _____
 Date                              United States District Judge
                                   William L. Osteen, Jr.