```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF NORTH CAROLINA
           DURHAM DIVISION
```

| | |
|---|---|
| AMY BRYANT, MD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **Case No. 1:23-cv-77** |
| JOSHUA H. STEIN, *et al.*, | ) |
| | ) **MOTION OF DENISE M.** |
| Defendants, | ) **HARLE TO WITHDRAW AS** |
| | ) **COUNSEL FOR INTERVENOR-** |
| and | ) **DEFENDANTS** |
| | ) |
| PHILIP E. BERGER, *et al.*, | ) |
| | ) |
| Intervenor- | ) |
| Defendants. | ) |

Intervenor-Defendants Timothy K. Moore, Speaker of the North Carolina House of Representatives, and Philip E. Berger, President Pro Tempore of the North Carolina Senate respectfully request that Denise M. Harle be granted leave to withdraw as counsel for Intervenor-Defendants in the above-captioned case because she has departed from Alliance Defending Freedom. Attorney W. Ellis Boyle of Ward and Smith, P.A., and Attorneys Erin M. Hawley and Erica Steinmiller-Perdomo of Alliance Defending Freedom remain counsel for Intervenor-Defendants and are keeping Intervenor-Defendants informed of all deadlines and court appearances.

RESPECTFULLY SUBMITTED THIS 6th day of October, 2023.

*s/ Denise M. Harle*
Denise M. Harle***
GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE Ste D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (480) 444-0028
dharle@adflegal.org

W. Ellis Boyle
N.C. State Bar I.D. No. 33826
email: docket@wardandsmith.com *
email: weboyle@wardandsmith.com **
WARD AND SMITH, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Tel.: (910) 794-4800
Fax: (910) 794-4877

Erica Steinmiller-Perdomo***
DC Bar No. 90009737
Erin Hawley***
DC Bar No. 500782
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622
esteinmiller@adflegal.org
ehawley@adflegal.org

*Attorneys for Intervenor-Defendants Moore and Berger*

2

Case 1:23-cv-00077-WO-LPA   Document 92   Filed 10/06/23   Page 3 of 5

* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.

** Email address to be used for all communications other than service.

***Special appearance granted.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2023, a copy of the foregoing document was served via the Court's CM/ECF system which served notice of this filing to all counsel of record.

*s/ Denise M. Harle*
Denise M. Harle

4