# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| AMY BRYANT, MD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **Case No. 1:23-cv-77** |
| JOSHUA H. STEIN, *et al.*, | ) ) |
| Defendants, | ) **[PROPOSED] ORDER GRANTING MOTION OF DENISE M. HARLE TO WITHDRAW AS COUNSEL FOR INTERVENOR-DEFENDANTS** |
| and | ) ) |
| PHILIP E. BERGER, *et al.*, | ) ) |
| Intervenor-Defendants. | ) ) |

This matter is before the Court on the Motion of Denise M. Harle to withdraw as counsel for Intervenor-Defendants. The court has reviewed the motion and finds there is good cause to allow the motion.

It is therefore ORDERED that Denise M. Harle is no longer counsel for Intervenor-Defendants in this case.

This the ___ day of _____, 2023.

_____
Honorable L. Patrick Auld
Magistrate Judge