# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| AMY BRYANT, MD,<br><br>  Plaintiff,<br><br>v.<br><br>JOSHUA H. STEIN, in his official capacity as Attorney General for the State of North Carolina, *et al.*,<br><br>  Defendants,<br><br>and<br><br>TIMOTHY K. MOORE and PHILIP E. BERGER,<br><br>  Intervenors. | Case No.<br>1:23-cv-00077-CCE-LPA |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Plaintiff, Dr. Amy Bryant, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment and Permanent Injunction entered on June 3, 2024 (Doc. 105), the Memorandum Opinion and Order entered on April 30, 2024 (Doc. 103), and all other orders entered in the case that were adverse to Plaintiff in whole or in part.

Dated: June 28, 2024

Respectfully submitted,

*/s/ Chelsea Corey*

Eva A. Temkin
(Special Appearance - DC Bar
  No. 985494)
ARNOLD & PORTER KAYE
  SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Ph: (202) 942-5123
Fax: (202) 942-5999
Eva.Temkin@arnoldporter.com

Chelsea Corey
(NC Bar No. 48838)
KING & SPALDING LLP
300 S Tryon Street, Ste. 1700
Charlotte, NC 28202
Ph: (704) 503-2600
Fax: (704) 503-2622
ccorey@kslaw.com

Paul Alessio Mezzina
(Special Appearance - DC Bar
  No. 999325)
KING & SPALDING LLP
1700 Pennsylvania Ave. NW Ste. 900
Washington, DC 20006
Ph: (202) 737-0500
Fax: (202) 626-3737
pmezzina@kslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, the foregoing pleading was filed via the Court's CM/ECF System, which will effect service upon all registered counsel of record.

*/s/ Chelsea Corey*
Chelsea Corey
(NC Bar No. 48838)

*Counsel for Plaintiff*
