UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY BRYANT, MD,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSHUA H. STEIN *et al.*,<br><br>    *Defendants*,<br><br>and<br><br>PHILIP E. BERGER, *et al.*,<br><br>    *Intervenor- Defendants.* | No. 1:23-cv-77 |

## DEFENDANT ATTORNEY GENERAL JOSHUA H. STEIN'S NOTICE OF CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Defendant Attorney General Joshua H. Stein hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment and Permanent Injunction entered on June 3, 2024 (Doc. 105), and the Memorandum Opinion and Order entered on April 30, 2024 (Doc. 103).

Dated: July 2, 2024                          Respectfully submitted,

JOSHUA H. STEIN
Attorney General

Sarah G. Boyce
Deputy Attorney General and General Counsel
N.C. State Bar 56896
sboyce@ncdoj.gov

Sripriya Narasimhan
Deputy General Counsel
N.C. State Bar 57032
snarasimhan@ncdoj.gov

Amar Majmundar
Senior Deputy Attorney General
N.C. State Bar 24668
amajmundar@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
N.C. State Bar 35955
sbrennan@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, the foregoing was filed via the Court's CM/ECF System, which will effect service upon all registered counsel of record.

/s/ Sarah G. Boyce
Sarah G. Boyce