FILED: December 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1576 (L)
(1:23-cv-00077-CCE-LPA)

_____

AMY BRYANT, M.D.

       Plaintiff - Appellee

v.

TIMOTHY K. MOORE; PHILIP E. BERGER

       Intervenors/Defendants - Appellants

and

JOSHUA H. STEIN, in his official capacity as Attorney General for the State of North Carolina; JEFF NIEMAN, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District; KODY H. KINSLEY, in his official capacity as the North Carolina Secretary of Health and Human Services; MICHAUX R. KILPATRICK, M.D., PHD; CHRISTINE M. KHANDELWAL, DO, in her official capacity as a member of the North Carolina Medical Board; DEVDUTTA G. SANGVAI, M.D., MBA, in his official capacity as a member of the North Carolina Medical Board; JOHN W. RUSHER, M.D., JD, in his official capacity as a member of the North Carolina Medical Board; WILLIAM M. BRAWLEY, in his official capacity as a member of the North Carolina Medical Board; W. HOWARD HALL, M.D., in his official capacity as a member of the North Carolina Medical Board; SHARONA Y. JOHNSON, PHD, FNP-BC; JOSHUA D. MALCOLM, JD, in his official capacity as a member of the North Carolina Medical Board; MIGUEL A. PINEIRO, PA-C, MHPE, in his official capacity as a member of the North Carolina Medical Board; MELINDA H. PRIVETTE, M.D., JD, in her official capacity as a member of the North Carolina Medical Board; ANURADHA RAO-PATEL, M.D., in her official capacity as a member of the North Carolina Medical Board; ROBERT RICH, JR., M.D., in his

official capacity as a member of the North Carolina Medical Board

   Defendants - Appellees

------------------------------

AMERICAN CENTER FOR LAW AND JUSTICE; NC VALUES INSTITUTE; FAMILY RESEARCH COUNCIL; CONCERNED WOMEN FOR AMERICA; STATE OF SOUTH CAROLINA; STATE OF ARKANSAS; STATE OF IOWA; STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF INDIANA; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF WYOMING; HEARTBEAT INTERNATIONAL; ADVANCING AMERICAN FREEDOM, INC.; SUSAN B. ANTHONY PRO-LIFE AMERICA; CHARLOTTE LOZIER INSTITUTE; AMERICANS UNITED FOR LIFE; STUDENTS FOR LIFE OF AMERICA; AFA ACTION; ALABAMA POLICY INSTITUTE; AMAC ACTION; AMERICAN VALUES; ANGLICANS FOR LIFE; ASSOCIATION OF MATURE AMERICAN CITIZENS; CENTER FOR POLITICAL RENEWAL; CENTER FOR URBAN RENEWAL AND EDUCATION; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; CHRISTIANS ENGAGED; DEMOCRATS FOR LIFE; EAGLE FORUM; FAMILY COUNCIL IN ARKANSAS; FAMILY INSTITUTE OF CONNECTICUT ACTION; JOANN FLEMING; FRONTLINE POLICY COUNCIL; CHARLIE GEROW; GLOBAL LIBERTY ALLIANCE; HUMAN COALITION; INTERNATIONAL CONFERENCE OF EVANGELICAL CHAPLAIN ENDORSERS; JAMES DOBSON FAMILY INSTITUTE; TIM JONES; LAND CENTER FOR CULTURAL ENGAGEMENT; LOUISIANA FAMILY FORUM; LUTHERAN CENTER FOR RELIGIOUS LIBERTY; MEN AND WOMEN FOR LIFE; NATIONAL APOSTOLIC CHRISTIAN LEADERSHIP CONFERENCE; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATIONAL RELIGIOUS BROADCASTERS; NEW JERSEY FAMILY FOUNDATION; NEW MEXICO FAMILY ACTION MOVEMENT; NORTH CAROLINA RIGHT TO LIFE; NORTH CAROLINA VALUES COALITION; PACIFIC JUSTICE INSTITUTE; PENNSYLVANIA EAGLE FORUM; PROJECT 21 BLACK LEADERSHIP NETWORK; PRO-LIFE WISCONSIN; RIO GRANDE FOUNDATION; ROUGHRIDER INSTITUTE; SAMARITAN'S PURSE; SETTING THINGS RIGHT; 60 PLUS ASSOCIATION; PAUL STAM; STAND FOR GEORGIA VALUES ACTION; CHRISTIAN LAW ASSOCIATIONS; FAMILY FOUNDATION (VIRGINIA);

JUSTICE FOUNDATION; TRADITION, FAMILY, PROPERTY, INC.; WOMEN FOR DEMOCRACY IN AMERICA; WISCONSIN FAMILY ACTIONS; YOUNG AMERICA'S FOUNDATION; YOUNG CONSERVATIVES OF TEXAS

    Amici Supporting Appellant

DOCTORS FOR AMERICA; PHARMACEUTICAL COMPANIES, EXECUTIVES, AND INVESTORS; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; AMERICAN ACADAMY OF FAMILY PHYSICIANS; AMERICAN ACADEMY OF NURSING; AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN COLLEGE OF PREVENTIVE MEDICINE; AMERICAN GYNECOLOGICAL AND OBSTETRICAL SOCIETY; AMERICAN MEDICAL WOMEN'S ASSOCIATION; AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY; NORTH AMERICAN SOCIETY FOR PEDIATRIC AND ADOLESCENT GYNECOLOGY; SOCIETY OF GENERAL INTERNAL MEDICINE; SOCIETY OF GYNECOLOGICAL ONCOLOGY; REPRODUCTIVE HEALTH RESEARCHERS; DISTRICT OF COLUMBIA; STATE OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF WASHINGTON; NATIONAL ASSOCIATION OF NURSE PRACTICIONERS IN WOMEN'S HEALTH; AMERICAN COLLEGE OF NURSE-MIDWIVES

    Amici Supporting Appellee

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

                         For the Court--By Direction

                         <u>/s/ Nwamaka Anowi, Clerk</u>